UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAOKUN YIN, | Case No. 5:26-cv-01220 KK (ADS) |
| Petitioner, | |
| v. | ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241 |
| TODD LYONS et al., | |
| Respondents. | |

On March 16, 2026, Petitioner Shaokun Yin, proceeding through counsel, filed a Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief (the "Petition") concurrently with an Application for Temporary Restraining Order and Order to Show Cause. (Dkt. Nos. 2, 3.) On March 23, 2026, the Court granted a preliminary injunction. (Dkt. No. 9.) On April 29, 2026, the parties filed a Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241, jointly proposing the Petition be granted and judgment be entered consistent with the reasons

and findings set forth in the Court's Order granting a preliminary injunction, without requiring further proceedings. (Dkt. No. 15.)

In accordance with the parties' Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241 (Dkt. No. 15) and for the reasons stated in the Court's Order granting a preliminary injunction (Dkt. No. 9), the Petition is granted. Respondents are enjoined from re-detaining Petitioner without providing him a pre-detention hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that Petitioner is a flight risk or a danger such that his physical custody is required. Judgment is to be entered consistent with this Order.

IT IS SO ORDERED.

Dated: April 30, 2026

_____
THE HONORABLE KENLY KIYA KATO
United States District Judge

Presented by:

_____/s/ Autumn D. Spaeth_____
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge